UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-80314-CV-MIDDLEBROOKS

VIRGINIA AVEDISIAN,

    Plaintiff,

v.

MORSE OPERATIONS, INC., d/b/a
ED MORSE HONDA,

    Defendant.

_____/

**ORDER CLOSING CASE**

    **THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal with Prejudice, filed May 28, 2025. (DE 15). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is **ORDERED AND ADJUDGED**:

    (1) Plaintiff's claims in the above-styled action are **DISMISSED** with prejudice.

    (2) The Clerk of Court shall **CLOSE** this matter and **DENY** all pending motions as moot.

    (3) Unless otherwise agreed, the Parties shall bear their own fees and costs

    **SIGNED** in Chambers, at West Palm Beach, Florida, this 2nd day of June, 2025.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE